1
 The People of the State of Colorado, Petitioner v. Donald Louis Gerle. Respondent: No. 24SC542
Supreme Court of Colorado, En Banc
June 9, 2025
 
          GRANTED
 PETITION FOR WRIT OF CERTIORARI
 
 
           Court
 of Appeals Case No. 23CA481
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether evidence of prior consensual sexual activity between
 a victim and defendant is relevant to prove the victim's
 consent and the defendant's lack of intent for purposes
 of false imprisonment and assault charges.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.